IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HUBERT D. HILL**, )
)
    Plaintiff, )
)
v. ) Civil No. **08-863-JPG-CJP**
)
**JOSEPH GULASH, and** )
**ROBERT BLANKENSHIP,** )
)
    Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are plaintiff's Motion for Default Judgment and Request for Ruling of Default. **(Docs. 21 & 26).**

Defendants signed and returned waivers of service. See, **Docs. 18 & 19.** Pursuant to Fed.R.Civ.P. 4(d)(3), their answers are due 60 days after the requests for waiver were sent, i.e., by September 21, 2009.

Plaintiff's Motion for Default Judgment and Request for Ruling of Default **(Docs. 21 & 26)** are **DENIED**.

**IT IS SO ORDERED.**

DATED: September 14, 2009.

                                            **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **U.S. MAGISTRATE JUDGE**