IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HUBERT D. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No. 08-cv-863-JPG |
| ) | |
| JOSEPH GULASH, *Captain/Superintendent* ) | |
| *of Madison County Jail*, and ROBERT ) | |
| BLANKENSHIP, *Doctor at Madison County* ) | |
| *Jail*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Hubert D. Hill's Motion for Miscellaneous Relief (Doc. 47), which the Court **CONSTRUES** as an appeal from Magistrate Judge Proud's Order (Doc. 38) denying Hill's Motion to Catalog Material in (the) Madison County Jail Law Library (Doc. 36). The Court notes that Hill's appeal is untimely under Local Rule 73.1(a).

A district court reviewing a magistrate judge's decision on non-dispositive issues should only modify or set aside that decision if it is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A) (2006). Accordingly, the Court will affirm Magistrate Judge Proud's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. *Id.*

Being fully advised of the premises, the Court does not find that Magistrate Judge Proud's decision falls below the deference afforded him. Accordingly, the Court **AFFIRMS** the ruling of Magistrate Judge Proud.

**IT IS SO ORDERED.**
**Dated: December 23, 2009.**

                                                                        s/ J. Phil Gilbert
                                                                        **J. PHIL GILBERT**
                                                                        **DISTRICT JUDGE**