UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HUBERT D. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No. 08-cv-863-JPG |
| ) | |
| JOSEPH GULASH, *Captain/Superintendent* ) | |
| *of Madison County Jail*, and ROBERT ) | |
| BLANKENSHIP, *Doctor at Madison* ) | |
| *County Jail*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Hubert Hill's Motion for Voluntary Dismissal (Doc. 60) of this case.

While Hill does not state a legal basis for the relief sought, the Court presumes that his motion is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs.

Here, neither Defendant Joseph Gulash nor Defendant Robert Blankenship has filed an answer or motion for summary judgment in this case. The Court notes that, while Hill has filed Motions for Summary Judgment (Docs. 39, 42, 46), Rule 41(a)(1)(A)(I) only mentions summary judgment motions made by a party opposing the person who brought the suit.

Because the plaintiff has an absolute right to dismiss this case at the present time, the Court **GRANTS** the instant motion, thereby **DISMISSING** this action **without prejudice**.[1]

---

[1] Of course, the Court previously dismissed some of Hill's claims *sua sponte*. (*See* Doc. 14). Since it would be futile to re-plead some of these claims, their dismissal will be with prejudice.

Further, the Court **DENIES as moot** all pending motions (Docs. 24, 29, 39, 42, 46, 53, 54, 56, 57, 61).  Finally, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**Dated: April  26 , 2010**

                **s/J. PHIL GILBERT**
                **DISTRICT JUDGE**