UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HUBERT D. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No. 08-cv-863-JPG |
| | ) | |
| JOSEPH GULASH, *Captain/Superintendent of Madison County Jail*, and ROBERT BLANKENSHIP, *Doctor at Madison County Jail*, and DIRECTOR OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some of Plaintiff Hubert Hill's claims, and Hill having voluntarily dismissed the remaining claims,

IT IS HEREBY ORDERED AND ADJUDGED that Claim 1, alleging that Defendant Joseph Gulash did not allow Hill to use the gym for certain periods of time at Madison County Jail, is dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Claim 2, alleging that the temperature at the jail was kept too low, is dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Claim 3, alleging that Hill was denied meaningful access to the courts, is dismissed without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Claim 4, alleging that Defendant Robert Blankenship wrongfully refused to provide Hill with his pain medication in violation of Hill's due process right to adequate medical care, is dismissed without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Claim 5, alleging that Gulash interfered with the delivery of United States mail in violation of Hill's right to both send and receive mail, is dismissed with prejudice,

FINALLY, IT IS ORDERED AND ADJUDGED that Defendant Director of the Illinois Department of Corrections be dismissed from this matter without prejudice.

NANCY J. ROSENSTENGEL

By:s/Deborah Agans, Deputy Clerk

**Dated: April 26 , 2010**

Approved: s/J. PHIL GILBERT
DISTRICT JUDGE